IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAURIE WOOD, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3019 |
| | ) | |
| v. | ) | |
| | ) | |
| KHAN HOTELS LLC, dba MARRIOT FAIRFIELD INN, and QUALITY INN, | ) ) ) | MEMORANDUM AND ORDER |
| Defendant. | ) | |

IT IS ORDERED:

1) The motion to withdraw filed by Joshua C. Dickinson and Spencer Fane Britt & Browne LLP as counsel of record for Defendant Khan Hotels, LLC, (filing no. 13), is granted.

2) Counsel Pamela Bourne, who remains counsel for Defendant Khan Hotels, LLC, shall promptly file a statement of record which updates her contact information and firm affiliation.

3) The clerk shall mail a copy of this order to Pamela Bourne, Woods & Aitken LLP, 10250 Regency Circle, Suite 525, Omaha, NE 68114.

DATED this 6th day of June, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge