IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAURIE WOOD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KHAN HOTELS LLC, )<br>)<br>Defendant. ) | 4:11CV3019<br><br>MEMORANDUM AND ORDER |

    IT IS ORDERED that the motion to withdraw filed by Todd W. Weidemann, Pamela J. Bourne, Erin L. Ebeler, and the Law Firm of Woods & Aitken LLP as counsel of record on behalf of the Defendant, Khan Hotels LLC d/b/a Quality Inn, (filing no. 23), is granted

    DATED this 7th day of December, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge