## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

LAURIE WOOD,                              )
                                          )      Case No. 4:11-cv-03019
                    Plaintiff,            )
                                          )
vs.                                       )      **ORDER AMENDING**
                                          )      **PROGRESSION ORDER**
KHAN HOTELS LLC dba MARRIOT               )
FAIRFIELD INN, and QUALITY INN,           )
                                          )
                    Defendant.            )

This matter is before the Court on the Unopposed Motion to Amend Progression Order filed by the Defendant (Document #27).  The Court finds the Motion should be granted.

IT IS ORDERED that the Progression Order (Document #17) is hereby amended as follows:

1.      Motions to compel must be filed on or before January 13, 2012;

2.      Defendant shall complete all remaining discovery and depositions no later than March 30, 2012; and

3.      Motions to dismiss and motions for summary judgment shall be filed no later than April 30, 2012.

4.      A telephonic conference with the undersigned magistrate judge will be held on April 17, 2012 at 9:00 a.m. to discuss the status of case progression and potential settlement.  Counsel for the plaintiff shall place the call.

IT IS FURTHER ORDERED that in all other respects, the Progression Order shall remind in full force and effect.

DATED this 6th day of January, 2012.

BY THE COURT:


s/ Cheryl R Zwart
U.S. Magistrate Judge

OM 146535..1