IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LAURIE WOOD, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CV3019 |
| | ) | |
| V. | ) | |
| | ) | |
| KHAN HOTELS LLC, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

On March 22, 2012 the undersigned entered an order granting Defendant's Motion to Compel and Motion for Sanctions, (filing no. 45). The parties were instructed to confer and attempt in good faith to reach an agreement regarding the amount of attorney's fees to be awarded to the defendant. The parties have informed court that they have reached an agreement on the matter. Based upon the stipulation of the parties,

IT IS ORDERED that the plaintiff and/or her counsel are ordered to pay the sum of $3,470 in attorney fees to the defendant.

DATED this 15th day of May, 2012.

BY THE COURT:

*S/ Cheryl R. Zwart*
United States Magistrate Judge