IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LAURIE WOOD,<br><br>                    Plaintiff,<br><br>     vs.<br><br>KHAN HOTELS LLC,<br><br>                    Defendant. | 4:11CV3019<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) On or before July 18, 2012, the plaintiff and/or her counsel shall pay the $3,470 in attorney fees awarded to the defendant under the court's prior order, (Filing No.53). The payment shall be made by presenting to defense counsel a valid check in the amount of $3,470 written to Spencer Fane Britt & Browne LLP.

2) The failure to timely comply with this order may result in dismissal of the case with prejudice.

July 3, 2012.

                              BY THE COURT:

                              *s/ Cheryl R. Zwart*
                              United States Magistrate Judge