IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

LAURIE WOOD,

        Plaintiff,

vs.

KHAN HOTELS LLC,

        Defendant.

**4:11CV3019**

**MEMORANDUM AND ORDER**

IT IS ORDERED:

The motion to withdraw filed by Attorney Robert W. Chapin, Jr as counsel of record on behalf of Plaintiff Laurie Wood, (filing no. 84), is granted.

May 8, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge